UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 05-0549 (MJD/JGL)

SCOTT MALCOM, et al.,

        Plaintiffs,

v.                                                                          ORDER

FOSS DRYWALL, INC., et al.,

        Defendants.

The above-entitled matter came before the Court upon the Report and Recommendation of the Chief United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the case is **DISMISSED** for lack of prosecution.

Dated: June 27, 2005

        s/ Michael J. Davis
        MICHAEL J. DAVIS
        Judge U.S. District Court